# Order

**Michigan Supreme
Court
Lansing, Michigan**

November 20, 2015

Robert P. Young, Jr.,
Chief Justice

151051(70)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF COLDWATER,
        Plaintiff-Appellee,

v

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Municipal Electric Association for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 12, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2015

